1  NATHAN J. HOCHMAN, ESQ., State Bar No. 139137
   HOCHMAN, SALKIN, RETTIG, TOSCHER and PEREZ,
2  A Professional Corporation
   9150 Wilshire Boulevard
3  Suite 300
   Beverly Hills, California 90212
4  Telephone: (310) 281-3200

5  Attorneys for KAREN BARRETT
   aka KAREN TRIGGIANI
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 UNITED STATES OF AMERICA, | CASE NO. CR- 06-177 MCE |
|---|---|
| 12         Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SENTENCING HEARING |
| 13    v. | |
| 14 | |
| 15 KAREN BARRETT aka KAREN TRIGGIANI | UNDER SEAL |
| 16 | |
| 17         Defendant. | Current Sentencing Date: December 12, 2006 Requested Date: April 24, 2007 Time: 8:30 a.m. Judge: Honorable Morrison C. England, Jr. |
| 18 | |

19
20      Plaintiff United States of America, by and through its counsel of record,
21 Assistant United States Attorney Michael M. Beckwith, and defendant Karen Barrett,
22 by and through her counsel of record, Nathan J. Hochman, hereby agree and stipulate
23 to the following:
24      1.   On June 27, 2006, Defendant Karen Barrett pleaded guilty under seal to
25           the charge contained in the Information. As part of her plea agreement,
26           she agreed to fully cooperate with the Government to investigate and
27           prosecute others involved in criminal activity.
28 ///

2. Other than the three-week period immediately before and after Defendant Barrett gave birth to her child, Defendant Barrett has been available to cooperate with the Government. She has participated in a debriefing session in Sacramento and has met with and provided information about potential criminal activity to FBI Agents in Los Angeles. Given the coordination of law enforcement efforts between Sacramento and Los Angeles, and given that the lead FBI agent has been involved in numerous unrelated investigations that have consumed the bulk of her time, the Government has not been able to devote as much time as necessary to work with Defendant Barrett and the information she has provided thus far.

3. In order to maximize her cooperation, the parties request that the sentencing be continued to April 24, 2007, which should give the Government sufficient time to work with Defendant Barrett and develop the information she has provided.

STIPULATED AND AGREED TO:

DATED:   December 4, 2006        /s/ Nathan J. Hochman
                                 NATHAN J. HOCHMAN
                                 Attorneys for Defendant
                                 KAREN BARRETT

DATED:   December 4, 2006        /s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

2

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing for Defendant Karen Barrett, aka Karen Triggiani, is hereby CONTINUED from 8:30 a.m. on December 12, 2006, to 8:30 a.m. on April 24, 2007. Defendant is ordered to appear at that time.

    IT IS SO ORDERED.

DATED: 12/13/06

Morrison C. England, Jr.
United States District Judge