NATHAN J. HOCHMAN, ESQ., State Bar No. 139137
HOCHMAN, SALKIN, RETTIG, TOSCHER and PEREZ,
A Professional Corporation
9150 Wilshire Boulevard
Suite 300
Beverly Hills, California 90212
Telephone: (310) 281-3200
Email: hochman@taxlitigator.com

Attorneys for KAREN BARRETT aka KAREN TRIGGIANI

**SEALED**
**FILED**
MAY - 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREN BARRETT aka KAREN TRIGGIANI<br><br>Defendant. | CASE NO. CR-06-177 MCE<br><br>**STIPULATION RE CONTINUANCE OF SENTENCING HEARING**<br><br>**UNDER SEAL**<br><br>Current Sentencing Date: April 24, 2007<br>Requested Date: August 9, 2007<br>Time: 8:30 a.m. |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Michael Beckwith, and defendant Karen Barrett, by and through her counsel of record, Nathan J. Hochman, hereby agree and stipulate to the following:

1. As part of Defendant Barrett's plea agreement, she has agreed to fully cooperate with the Government to investigate and prosecute others involved in criminal activity. She has also agreed to make a good faith effort to pay as much restitution as possible prior to sentencing.

2. Other than the three week period immediately before and after Defendant Barrett gave birth to her child on August 9, 2006, Defendant Barrett has

1  been available to cooperate with the Government. She has participated
2  in a debriefing session in Sacramento and has met with and provided
3  information about potential criminal activity to FBI Agents in Los
4  Angeles.

5  3.  In order for Defendant Barrett to make significant payments on her
6  restitution prior to sentencing, and continue to provide any cooperation
7  requested of her, the parties request that Defendant Barrett's sentencing
8  be continued to August 9, 2007, which should give sufficient time for the
9  restitution payments and cooperation to occur.

10  4.  Defendant Barrett will obligate herself to make the following restitution
11  payments on or about the following dates:
12  $50,000 by May 15, 2007
13  $50,000 by July 15, 2007

14  5.  Should Defendant Barrett fail to make any of the above payments by the
15  specified dates, the government will immediately notify the Court and
16  ask to set a status conference regarding sentencing.

STIPULATED AND AGREED TO:

DATED:   April 20, 2007          /s/ Nathan J. Hochman
                                 NATHAN J. HOCHMAN

                                 Attorney for Defendant
                                 KAREN BARRETT

DATED:   April 20, 2007          /s/ Michael M. Beckwth
                                 MICHAEL BECKWITH

                                 Attorney for Plaintiff
                                 UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing for Defendant Karen Barrett, aka Karen Triggiani, is hereby CONTINUED from 8:30 a.m. on April 24, 2007, to 8:30 a.m. on August 9, 2007.

IT IS SO ORDERED.

Dated:   MAY -1 2007

Morrison C. England, Jr.
United States District Judge

3