NATHAN J. HOCHMAN, ESQ., State Bar No. 139137
HOCHMAN, SALKIN, RETTIG, TOSCHER and PEREZ,
A Professional Corporation
9150 Wilshire Boulevard
Suite 300
Beverly Hills, California 90212
Telephone: (310) 281-3200
Email: hochman@taxlitigator.com

Attorneys for KAREN BARRETT aka KAREN TRIGGIANI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAREN BARRETT aka<br>KAREN TRIGGIANI<br><br>    Defendant. | CASE NO. 2:06-cr-00177-MCE<br><br>**STIPULATION RE CONTINUANCE OF SENTENCING HEARING**<br><br>**UNDER SEAL**<br><br>Current Sentencing Date: August 9, 2007<br>Requested Date: November 15, 2007<br>Time: 9:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Michael Beckwith, and defendant Karen Barrett, by and through her counsel of record, Nathan J. Hochman, hereby agree and stipulate to the following:

1. As part of Defendant Barrett's plea agreement, she has agreed to fully cooperate with the Government to investigate and prosecute others involved in criminal activity. She has also agreed to make a good faith effort to pay as much restitution as possible prior to sentencing.

2. Other than the three week period immediately before and after Defendant Barrett gave birth to her child on August 9, 2006, Defendant Barrett has

        been available to cooperate with the Government.  She has participated in a debriefing session in Sacramento and has met with and provided information about potential criminal activity to FBI Agents in Los Angeles.

3. In order for Defendant Barrett to make significant payments on her restitution prior to sentencing, and continue to provide any cooperation requested of her, the parties request that Defendant Barrett's sentencing be continued to November 15, 2007, which should give sufficient time for the restitution payments and cooperation to occur.

4. Defendant Barrett will obligate herself to make the following restitution payments on or about the following dates:

   $50,000 by September 15, 2007

   $50,000 by November 15, 2007

5. Should Defendant Barrett fail to make any of the above payments as specified, the government will immediately notify the Court and ask to set a status conference regarding sentencing.

STIPULATED AND AGREED TO:

DATED:   August 3, 2007          /s/ Nathan J. Hochman
                                 NATHAN J. HOCHMAN

                                 Attorney for Defendant
                                 KAREN BARRETT

DATED:   August 3, 2007          /s/ Michael M. Beckwth
                                 MICHAEL BECKWITH

                                 Attorney for Plaintiff
                                 UNITED STATES OF AMERICA

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing for Defendant Karen Barrett, aka Karen Triggiani, is hereby CONTINUED from 9:00 a.m. on August 9, 2007, to 9:00 a.m. on November 15, 2007.

IT IS SO ORDERED.

Dated: August 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE