NATHAN J. HOCHMAN, ESQ., State Bar No. 139137
HOCHMAN, SALKIN, RETTIG, TOSCHER and PEREZ,
A Professional Corporation
9150 Wilshire Boulevard
Suite 300
Beverly Hills, California 90212
Telephone: (310) 281-3200
Email: hochman@taxlitigator.com

Attorneys for KAREN BARRETT aka KAREN TRIGGIANI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREN BARRETT aka KAREN TRIGGIANI<br><br>Defendant. | CASE NO. CR-06-177 MCE<br><br>**STIPULATION RE CONTINUANCE OF SENTENCING HEARING; ORDER**<br><br>**UNDER SEAL**<br><br>Current Sentencing Date: November 15, 2007<br>Time: 8:30 a.m. |

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Michael M. Beckwith, and defendant, Karen Barrett, by and through her counsel of record, Nathan J. Hochman, hereby agree and stipulate to the following based on the Court recently granting the continuance of the sentencing date to November 15, 2007:

1. Proposed Pre-sentence Report will be disclosed to counsel no later than October 11, 2007.

2. Counsel's written objections to the Pre-sentence Report will be due no later than October 25, 2007.

///

3. Pre-sentence Report will be filed with the Court and disclosed to counsel no later than November 1, 2007.

4. Motion for Correction of the Pre-sentence Report will be due no later than November 8, 2007.

5. Judgment and Sentencing date will be on November 15, 2007.

These dates have been prepared by U. S. Probation Officer, Terence Sherbondy.

STIPULATED AND AGREED TO:

DATED:     August 31, 2007          //s// Nathan J. Hochman
                                    NATHAN J. HOCHMAN

                                    Attorneys for Defendant
                                    KAREN BARRETT


DATED:     August 31, 2007          //s// Michael Beckwith
                                    MICHAEL BECKWITH
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the dates associated with the pre-sentence report be adjusted as follows:  Pre-sentence Report will be disclosed to counsel no later than October 11, 2007.  Counsel's written objections to the Pre-sentence Report will be due no later than October 25, 2007.  The Pre-sentence Report will be filed with the Court and disclosed to counsel no later than November 1, 2007.  Motion for Correction of the Pre-sentence Report will be due no later than November 8, 2007.  Judgment and Sentencing date will be on November 15, 2007.

IT IS SO ORDERED.

Dated:  September 6, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE