BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KAREN TRIGGIANI,<br>aka KAREN BARRETT,<br><br>　　　　　　　Defendant. | CASE NO. 2:06-CR-177 MCE<br><br><br>JOINT STIPULATION AND ORDER TO AMEND JUDGMENT |

S T I P U L A T I O N

The parties stipulate and agree that the judgment in the above captioned cases should be amended to reflect (1) the full amount of restitution owed by the defendant, and (2) the party to whom the full amount of restitution should be paid.

As such, the parties stipulate and agree to the following:

1. The total sum of $341,972.06 should be reflected in the Criminal and Monetary Penalties section of the judgment, which is on page 4.

2. The name and address of the payee should be listed on page 4 as:

    Center for Medicare and Medicaid Services
    7500 Security Blvd.
    Mail Stop CE-11-03
    Baltimore, Maryland 21244

3. The total loss suffered by the payee should be listed on page 4 as $341,972.06

4. The total restitution ordered on behalf of the payee should be listed on page 4 as $341,972.06.

The defendant paid the full amount of restitution owed ($341,972.06) to the Clerk of the United States District Court for the Eastern District of California prior to being sentenced. The Clerk of the Court needs this amendment to facilitate the payment of funds it is currently holding on behalf of the payee. Upon amendment of the judgment, it is expected that the Clerk of the Court will issue a check for $341,972.06 to the Center for Medicare and Medicaid Services.

Dated: March 20, 2014          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ MICHAEL M. BECKWITH
                               MICHAEL M. BECKWITH
                               Assistant United States Attorney

Dated: March 20, 2014          /s/ NATHAN J. HOCHMAN
                               NATHAN J. HOCHMAN
                               Attorney for Defendant Triggiani

**ORDER**

Upon application of the parties, IT IS HEREBY ORDERED that the judgment in case number 2:06-cr-177 MCE be amended as follows:

1. The total sum of $341,972.06 should be reflected in the Criminal and Monetary Penalties section of the judgment, which is on page 4.

2. The name and address of the payee should be listed on page 4 as:

> Center for Medicare and Medicaid Services
> 7500 Security Blvd.
> Mail Stop CE-11-03
> Baltimore, Maryland 21244

3. The total loss suffered by the payee should be listed on page 4 as $341,972.06

4. The total restitution ordered on behalf of the payee should be listed on page 4 as $341,972.06.

IT IS SO ORDERED.

Dated: March 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT